APRIL 2, 1943

No. 48168.—SUIT 4406.——*United States* v. *Fallani & Cohn, Inc.* reversed. C. A. D. 226.

BEFORE THE FIRST DIVISION, APRIL 7, 1943

No. 48169.—Protest 94561–K of New York Merchandise Co., Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and following *May Co.* v. *United States* (T. D. 47760) and *Woolworth* v. *United States* (T. D. 48573) the claim at 30 percent under paragraph 1502 was sustained.

No. 48170.—Protest 91903–K of S. H. Kress & Co. (Seattle).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the merchandise in question is similar to that the subject of Abstract 41517, the claim at 25 percent under paragraph 1537 was sustained.

No. 48171.—Protests 1654–K, etc., of Eitinger Bead Co., Inc. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of articles in imitation of precious or semiprecious stones, wholly or in chief value of glass, and that they are similar to those the subject of Abstract 47818. In accordance therewith the claim at 25 percent under paragraph 1503, as modified, was sustained.

No. 48172.—Protest 87846–K of Eitinger Bead Co. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstract 47821 the claim at 45 percent under paragraph 1503 was sustained.